IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RHIANNAN C. RICHARDSON,

                Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

                Defendant.

ORDER

12-cv-826-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on November 19, 2012, the court granted plaintiff Rhiannan Richardson's request for leave to proceed in forma pauperis on the condition that she pay half of the $350 filing fee, or $175. Plaintiff was given until December 14, 2012, in which to submit the payment. In addition, plaintiff was warned that if she failed to submit the payment by December 14, her case may be dismissed for her failure to prosecute it. It is now January 7, 2013, and plaintiff has neither paid the $175 filing fee nor otherwise responded to the court's order.

Accordingly, IT IS ORDERED that plaintiff Rhiannan Richardson's case is dismissed without prejudice for her failure to prosecute it.

Entered this 7th day of January, 2013.

                            BY THE COURT:
                            /s/
                            BARBARA B. CRABB
                            District Judge