IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RHIANNAN RICHARDSON,

                                                                                        ORDER

                  Plaintiff,

                                                                                    12-cv-826-bbc

     v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

      On remand the administrative law judge is to offer plaintiff an opportunity for a new hearing and proceed through the five-step sequential evaluation of disability.

ORDER

      IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

      Entered this 25th day of July, 2013.

                                                        BY THE COURT:
                                                       /s/
                                                       BARBARA B. CRABB
                                                     District Judge