IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RHIANNAN RICHARDSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-826-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding case to the commissioner under sentence four of 42 U.S.C. § 405(g).

| /s/ | 7/26/13 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |