IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RHIANNAN RICHARDSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.12-cv-826-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff awarding attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. 2412, in the amount of $5,200.00.

_____
Peter Oppeneer, Clerk of Court

10/28/13
Date